JODI LINKER
Federal Public Defender
JESSICA YU
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408) 291-7399
Jessica_Yu@fd.org

Counsel for Defendant LAMB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>MICHAEL LAMB,<br><br>                Defendant. | Case. No.: 5:18-cr-00371 EKL<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE AND SET ADMISSION AND SENTENCING HEARING |

Defendant Michael Lamb and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the status conference set for May 12, 2026 at 10:30 a.m. may be vacated and an admission and sentencing hearing may be set on June 2, 2026, at 10:00 a.m. The parties are finalizing a resolution and the defense continues to confer with the client.

Defense counsel has conferred with U.S. Probation Officer Fidel Carrasco, who does not object to vacating the May 12, 2026 status hearing and setting an admission and sentencing hearing for June 2, 2026.

///

///

///

///

STIPULATION AND [PROPOSED] ORDER
5:18-CR-00371 EKL

IT IS SO STIPULATED.

Dated: May 8, 2026

JODI LINKER
Federal Public Defender
_____/s/_____
Jessica Yu
Assistant Federal Public Defender


Dated: May 8, 2026

CRAIG H. MISSAKIAN
United States Attorney
_____/s/_____
Jeffrey Nedrow
Assistant United States Attorney


### [PROPOSED] **ORDER**

Upon agreement and stipulation of the defendant Michael Lamb, and the United States, by and through their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Michael Lamb's May 12, 2026 status conference is vacated and an admission and sentencing hearing is set on June 2, 2026 at 10:00 a.m.

IT IS SO ORDERED.

DATED:  May 11, 2026

_____
HONORABLE EUMI K. LEE
United States District Judge

STIPULATION AND [PROPOSED] ORDER
5:18-CR-00371 EKL